NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTIAN MICHAEL THOMAS         )
THEODORE,                        )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D17-777
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
                                 )
_____  )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Philip J. Massa, West Palm Beach,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, for Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, LUCAS, and SALARIO, JJ., Concur.